UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

9/16/211

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | Case No. 11-CV-1013 (DLC) |
| Plaintiff, | ~~[Proposed]~~ |
| v. | Supplement to the Order for Entry of Default |
| BRIAN KIM and LIQUID CAPITAL MANAGEMENT, LLC | Judgment Permanent Injunction and Ancillary Equitable Relief against Brian Kim and Liquid Capital Management |
| Defendants. | (ECF CASE) |

**WHEREAS**, an Order for Entry of Default Judgment Permanent Injunction and Ancillary Equitable Relief against Brian Kim and Liquid Capital Management was entered in this matter on April 15, 2011 (Order of Judgment) and the Court has continuing jurisdiction in this matter, it is hereby

**ORDERED** that, no provision of the Order of Judgment shall prohibit the transfer, collection or other disposition of funds or property held by, on behalf of, under the control of, or in the name of Defendants for the purpose of compliance with the Order of Judgment, including the satisfaction of Defendants' obligation to pay restitution and Civil Monetary Penalty ("Defendants' Obligation") as set forth in the Order of Judgment; and it is further

**ORDERED** that any person or entity holding funds on behalf of, under the control of, or in the name of either Defendant, including any bank, brokerage firm, or other financial institution, is to transfer all such funds to the National Futures Association as the appointed Monitor, as necessary to satisfy Defendants' Obligation.

Subject to the forgoing, the Order of Judgment remains in full force and effect.

**SO ORDERED**, at New York, New York on this 16th day of September, 2011.

_____
Honorable Denise L. Cote
UNITED STATES DISTRICT JUDGE